RACHEL COHEN, Appellant, v. ADOLPH L. GOTTHELF and Others, Defendants, Impleaded with TILLY FLATTO, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HERMAN PEYER, Appellant, v. MAMIE PEYER, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

JENNIE SUCHODOLSKY, Respondent, v. ISAAC GLICKSMAN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

FREDERIC B. SHIPLEY, Respondent, v. CHARLES SCHNITZER, Doing Business, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

BRUNSWICK REALTY COMPANY, Respondent, v. J. ROSE & COMPANY, INC., Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ALBERT SMYK, Respondent, v. MUNSON STEAMSHIP LINE, Appellant, Impleaded etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MORTON ROSCH, an Infant, by SAMUEL ROSCH, His Guardian ad Litem, Respondent, v. WARD BAKING COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

CATHERINE GILL, Respondent, v. REID ICE CREAM CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

HENRY NASSHORN, Respondent, v. E. A. WHITE ORGANIZATION, INC., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EIGHTY-FIVE RIVERSIDE DRIVE CORPORATION, Appellant, v. FREDERICK HAMBROCK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

L. KEHLMANN COMPANY, Appellant, v. JULIUS M. ALTER, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of the Arbitration between FINSILVER, STILL & MOSS, INC., Appellant, and ELIAS JANAN, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

SAMUEL BANDES and Another, Respondents, v. MEYER WEINER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.